People v Edwards (2026 NY Slip Op 01801)

People v Edwards

2026 NY Slip Op 01801

Decided on March 25, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 25, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
WILLIAM G. FORD
HELEN VOUTSINAS
JAMES P. MCCORMACK, JJ.

2025-08424
 (Ind. No. 71091/22)

[*1]The People of the State of New York, respondent,
vIsaish Edwards, appellant.

Martha Krisel, New York, NY, for appellant.
Anne T. Donnelly, District Attorney, Mineola, NY (David L. Glovin and Autumn S. Hughes of counsel), for respondent.

DECISION & ORDER
Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Nassau County, rendered December 18, 2023.
ORDERED that the application is granted, and the defendant's application is deemed to be a timely notice of appeal.
The defendant has established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).
DILLON, J.P., FORD, VOUTSINAS and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court